IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **NICOLE M. YOUNG,**<br>3819 2nd Street, S.E.<br>Apartment F<br>Washington, DC 20032<br><br>    Plaintiff,<br><br>    v.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,**<br>300 7th St. S.W.<br>Washington, D.C. 20024<br><br>    Defendant. | **Civil Action No.: 1:25-cv-00335** |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S
<u>NOTICE TO PARTIES OF NOTICE OF REMOVAL</u>**

**TO: ALL PARTIES AND COUNSEL OF RECORD**

Pursuant to Title 28, Section 1446 of the United States Code, you are hereby notified that Defendant Washington Metropolitan Area Transit Authority has filed a Notice of Removal in the United States District Court for the District of Columbia, and a copy of the Notice of Removal is attached hereto for your information and made a part hereof. The undersigned has also filed a copy of the Notice of Removal with the Clerk of the Superior Court of the District of Columbia.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

*/s/ Mason C. Johnson*
Mason C. Johnson
Bar No.: 90013368

        Senior Counsel I
        WMATA Legal Department
        300 Seventh Street, S.W.
        Washington, D.C. 20024
        (202) 962-2158 telephone
        (202) 962-2550 facsimile
        E-mail: mcjohnson@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025 a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

Barry S. Kopit, Esq.
4301 Garden City Drive
Suite 200
Landover, MD 20785
barry@weisskopit.com
*Counsel for Plaintiff*

        */s/ Mason C. Johnson*
        Mason C. Johnson